**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Tenisha Tate and Nathan Howie, Defendants,

Of whom Tenisha Tate is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2022-000091

———————

Appeal From Cherokee County
Kimaka Nichols-Graham, Family Court Judge

———————

Unpublished Opinion No. 2022-UP-356
Submitted September 7, 2022 – Filed September 14, 2022

———————

**AFFIRMED**

———————

Heather Vry Scalzo, of Offit Kurman, of Spartanburg, for Appellant.

Jacqueline A. Moss, of Law Firm of Jacqueline Moss, of Spartanburg, as the Guardian ad Litem for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Matthew P. Head, of Head Law Firm, LLC, of Greenville, for the Guardian ad Litem for the minor child.

---

**PER CURIAM:** Tenisha Tate appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Tate's counsel.

**AFFIRMED.**[1]

**KONDUROS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.